PEOPLE ex rel. KENNEDY v. O'DONNEL et al., Tax Com'rs.

(Supreme Court, Appellate Division, Second Department. June 4, 1909.)

Appeal from Special Term, Kings County.

Certiorari by the People, on the relation of William Kennedy, as administrator, etc., against Frank A. O'Donnel and others, as Commissioners of Taxes and Assessments. From an order dismissing the writ, relator appeals. Affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, JENKS, RICH, and MILLER, JJ.

Smith & Bowman, for appellant.
Francis K. Pendleton, for respondents.

PER CURIAM. Order dismissing writ of certiorari affirmed, with $10 costs and disbursements, on the authority of People ex rel. Kennedy v. O'Donnel (decided herewith) 117 N. Y. Supp. 488. All concur.